WEST BERGEN TRUST COMPANY, substituted guardian, et al., complainants,

*v.*

UNITED STATES FIDELITY AND GUARANTY COMPANY et al., defendants.

[Decided January 3d, 1941.]

*Messrs. Stickel & Stickel,* for the complainants.

*Messrs. McDermott, Enright & Carpenter,* for the defendants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Egan, and reported in *127 N. J. Eq. 228.*

*For affirmance*—THE CHIEF-JUSTICE, CASE, BODINE, DONGES, HEHER, PERSKIE, PORTER, DEAR, WELLS, WOLFS-KEIL, RAFFERTY, HAGUE, JJ. 12.

*For reversal*—None.